# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street, Suite 301-A        Telephone: (347) 687-2019
Astoria, New York 11103        cmulhollandesq@gmail.com

December 3rd, 2020

Honorable Mark K. Vyskocil
United States District Judge
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/3/2020
```

Re: Sosa, et al. v. Bentis Fresh Bread, Inc., et al, 20-cv-4705 (MKV)

Your Honor,

I jointly with Plaintiffs and co-Defendants to respectfully request that the Court's Order of November 6th, 2020 be amended to permit the following briefing schedule for Defendants' contemplated motion to dismiss:

1. Defendants' Answer or Motions to Dismiss to be filed on or before January 1st, 2020.

2. In the event any Defendant files a motion to dismiss in lieu of an Answer, Plaintiffs' opposition to be filed on or before January 22nd, 2020.

3. Defendants' reply, if any, to be filed on or before January 29th, 2020.

4. Plaintiffs' may refile their Amended Complaint within the next three days in light of the Clerk's Deficiency Notice.

Currently, the Defendants are required to interpose an Answer or a Motion to Dismiss on or before December 14th, 2020.

The parties are engaging in productive discussions in light of the pending motion and all parties agree that more time would be very useful in advancing those discussions. Moreover, Defendant Louis Bentivegna will be undergoing serious surgery starting this week which will likely require extended recovery time and prevent the undersigned from speaking to him meaningfully about either a motion or a resolution.

And, the upcoming holiday puts further pressure on counsel and the litigants and thus the parties would respectfully ask for the above extension.

The above requests are all made on consent of the parties. And the parties each thank the Court for its attention to this matter.

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
30-97 Steinway, Ste. 301-A
Astoria, New York 11103
Telephone: (347) 687-2019

**Granted. SO ORDERED.**

Date: December 3, 2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge