

STEPHEN D. HANS & ASSOCIATES, P.C.
LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

**T:** 718.275.6700 • **F:** 718.275.6704

November 4, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___11/5/2021___

*__VIA ECF__*

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

           **Re:**    **Sosa et al v. Bentis Fresh Bread Inc. et al**
                    **Case No. 20 cv. 04705-MKV**

Dear Judge Vyskocil:

      I represent Benti's Fresh Bread and Anthony Bentivegna.  I write this letter with the consent of the Plaintiff's counsel and the co-Defendant counsel.

      This case has been recently reassigned to a new associate of the Plaintiff's counsel. In a conversation today with the Plaintiff's new counsel she expressed that she was a bit overwhelmed, and we discussed a modest adjournment. I called the co-Defendant counsel, and he also requested the same courtesy. I did not realize that this case was scheduled for an Initial Pre-Trial Conference on Monday as I have an expert deposition scheduled for the same day.  I was also out for two days this week with one day spent in the hospital and because of this fact I am now a bit overwhelmed with deadlines. Additionally, we just learned that Mr. Mulholland's wife is due to give birth any day.

Given this is the first time this case is scheduled for a conference I respectfully request and adjournment of the conference. The dates we are available dates for the Courts are as follows: 12/1 in the morning, 12/13, 12/15 & 12/16.

Thank you for your consideration.

Respectfully Submitted,

/s/Stephen D. Hans
Stephen D. Hans (SH-0798)
30-30 Northern Boulevard, Suite 401
Long Island City, New York 11101
Tel: 718.275.6700
Fax: 718.275.6704
Email: shans@hansassociates.com

The conference that was scheduled to take place on November 8, 2021 is ADJOURNED to Thursday, December 16, 2021 at 10:30 AM. The Court notes that the parties failed timely to submit a joint letter and proposed Case Management Plan, in accordance with the Court's Individual Rules, as directed in the Court's Order dated October 8, 2021 [ECF No. 59]. The parties must file these submissions on ECF and email them to the Court one week in advance of the December 16 conference. Counsel and the parties are on notice that further failures to comply with the Court's orders and Individual Rules may result in sanctions, including monetary fines and dismissal of this action for failure to prosecute.

Date: November 5, 2021
New York, New York

Mary Kay Vyskocil
United States District Judge