```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NELSON SOSA and RUBEN VELEZ,
individually and on behalf of others similarly
situated,

                              Plaintiff,

                     -against-

BENTIS FRESH BREAD INC. (D/B/A
BENTI'S FRESH BREAD INC.), OLDE
BAKERY SHOPPE INC. (D/B/A OLDE
BAKERY SHOPPE), ANTHONY
BENTIVEGNA, and LOUIS BENTIVEGNA,

                             Defendants.
-----------------------------------------------------------------X

20-CV-4705 (KHP)

**INITIAL CASE MANAGEMENT
CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       This action is scheduled for an Initial Case Management Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure on **Wednesday, February 23, 2022 at 11:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

**Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.**

       **Attendance**. Counsel attending must be authorized to make stipulations and admissions about all matters that can reasonably be anticipated for discussion at the Initial Case Management Conference.

              SO ORDERED.

DATED:     New York, New York
                December 15, 2021

*/s/ Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge