# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 2540            Telephone: (212) 317-1200
New York, New York 10165                Facsimile: (212) 317-1620

February 16, 2022

**Via ECF**

Honorable Katherine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2022

        Re:     <u>Sosa et al v. Bentis Fresh Bread Inc. et al</u>

Dear Judge Parker,

     We represent Plaintiffs in the above referenced matter and write jointly with counsel for defendants Benti's Fresh Bread Inc. and Anthony Bentivegna ("Benti's Defendants") and counsel for Olde Bakery Shoppe Inc and Louis Bentivegna. ("Olde Bakery Defendants") to respectfully request that the initial conference in this case, currently scheduled for February 23, 2022, be adjourned until a date after March 16, 2022. The reason for this request is that the parties have scheduled a mediation for March 16, 2022. The parties wish to conserve court and party resources in the event a settlement is reached at that time. This is the first request of this nature and will not affect any deadlines.

                                                                    Respectfully Submitted,

                                                                    /s Clela Errington
                                                                      Clela A. Errington, Esq.
                                                                      CSM Legal, P.C.
                                                                      Counsel for Plaintiffs

cc:     Colin Mulholland, Esq. via ECF
         Stephen Hans, Esq. via ECF

---

The initial case management conference is hereby rescheduled for **April 27, 2022 at 10:30 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

2/17/2022