# STEPHEN D. HANS & ASSOCIATES, P.C.
LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2022

April 26, 2022

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> In light of the settlement reached between the parties, the case management conference scheduled for April 27, 2022 is **hereby adjourned sine die.** By May 27, 2022, the parties shall file the settlement agreement and relevant supporting documentation for the Court's *Cheeks* review.
>
> **SO ORDERED:**
> /s/ Katharine H. Parker
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> 4/26/2022

Re: **Sosa et al v. Bentis Fresh Bread Inc. et al
Case No. 20 cv. 04705-MKV**

Dear Judge Vyskocil:

I represent Benti's Fresh Bread and Anthony Bentivegna. I write this letter with the consent of Plaintiff counsel and co-Defendant.

A mediation was held today with Anthony DiCaprio, and we are pleased to inform the Court this case has been successfully settled

We respectfully ask the Court to cancel the Court Status conference that is scheduled for tomorrow, April 27, 2020.

We thank the Court for your consideration in this matter.

Respectfully Submitted,

/s/Stephen D. Hans

Stephen D. Hans, Esq.