# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510      Telephone: (212) 317-1200
New York, New York 10165      Facsimile: (212) 317-1620

May 27, 2022

**BY ECF**

Honorable Judge Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**APPLICATION GRANTED**

/s/ Katharine H. Parker

Hon. Katharine H. Parker, U.S.M.J.
05/31/2022

<u>Sosa et al v. Bentis Fresh Bread Inc. Et al</u>
20-cv-4705

Your Honor:

    This office represents Plaintiff in the above-referenced action. <u>I write with the consent of Defendants to respectfully request, a two-week extension of time in which to submit their settlement agreement for court approval. The deadline is May 31, 2022. The reason for this deadline is that, while the parties have finalized the form of settlement agreement, we require additional time in which to review the agreement with the individual parties and submit an executed copy to the Court. This is the first request of its kind and will not affect any other deadlines.</u>

    Respectfully submitted,

    <u>/s/ *Clela Errington*</u>
    Clela Errington, Esq.
    CSM Legal, P.C.
    *Attorneys for Plaintiff*

*Certified as a minority-owned business in the State of New York*