# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street, Suite 301-A　　　　　　　　　　　　　　　　Telephone: (347) 687-2019
Astoria, New York 11103　　　　　　　　　　　　　　　　　　　　　cmulhollandesq@gmail.com

June 14th, 2022

Honorable Katharine H. Parker
United States Magistrate Judge
40 Foley Square
New York, NY 10007

　　　　　　　　　　Re: Sosa, et al. v. Bentis Fresh Bread, Inc., et al, 20-cv-4705 (KHP)

Your Honor,

　　　　Defendant Old Bakery Shoppe and Plaintiffs would respectfully request until this Friday June 17th, 2022 to submit the agreement. There are signatures outstanding on the final agreement that should arrive promptly. This is the second request for more time and this extension does not affect any other deadlines.

　　　　　　　　　　　　　　　　　　　　　　　　/s/Colin Mulholland, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Colin Mulholland, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　30-97 Steinway, Ste. 301-A
　　　　　　　　　　　　　　　　　　　　　　　　Astoria, New York 11103
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (347) 687-2019