# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street, Suite 301-A  
Astoria, New York 11103

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

June 14th, 2022

Honorable Katharine H. Parker  
United States Magistrate Judge  
40 Foley Square  
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/15/2022
```

Re: Sosa, et al. v. Bentis Fresh Bread, Inc., et al, 20-cv-4705 (KHP)

Your Honor,

Defendant Old Bakery Shoppe and Plaintiffs would respectfully request until this Friday June 17th, 2022 to submit the agreement. There are signatures outstanding on the final agreement that should arrive promptly. This is the second request for more time and this extension does not affect any other deadlines.

**APPLICATION GRANTED**

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.

**06/15/2022**

*/s/Colin Mulholland, Esq.*  
Colin Mulholland, Esq.  
30-97 Steinway, Ste. 301-A  
Astoria, New York 11103  
Telephone: (347) 687-2019